# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EUGENE POINDEXTER,<br><br>        Plaintiff,<br><br>        vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social<br>Security,<br><br>        Defendant | Case No.: 2:24-cv-05794-MAA<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,300.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  1/16/2025

THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3        /s/   *Matthew F. Holmberg*

4    BY: _____
         Matthew F. Holmberg
5        Attorney for plaintiff Paul Eugene Poindexter

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26